OFFICE OF THE GENERAL COUNSEL
CLARK COUNTY SCHOOL DISTRICT
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
JEANNE-MARIE HANNA, ESQ.
Nevada Bar No. 8613
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Phone: (702) 799-5373

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
Kara B. HENDRICKS, ESQ.
Nevada Bar No. 7743
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., #400 North
Las Vegas, NV 89169
Phone: (702) 792-3773

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| A.W., a minor, by and through Guardian Ad Litem and individual, CHABLIS STEWART WILLIAMS,<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; JANICE ROLLINS/MONTEIRO, individually and in her official capacity as a Speech Pathologist with the CLARK COUNTY SCHOOL DISTRICT; and DWIGHT D. JONES in his official capacity as Superintendent of the CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendants. | CASE NO.: 2:13-cv-00314-JAD-PAL<br><br>**MOTION TO EXCUSE THE ATTENDANCE OF DEFENDANTS ROLLINS/MONTEIRO AND JONES FROM THE SETTLEMENT CONFERENCE**<br><br>Settlement Conference: 9/06/13<br>Time: 9:30 a.m. |

The undersigned, counsel for Clark County School District ("CCSD"), Janice Rollins/Monteiro and Dwight D. Jones (collectively "Defendants"), hereby submits this request to excuse the attendance of

Defendants Rollins/Monteiro and Jones from the upcoming settlement conference.

## I. INTRODUCTION AND ARGUMENT

Plaintiffs filed the instant action seeking reversal of the Nevada Department of Education State Review Officer special education administrative decision based upon 20 U.S.C. § 1415(i)(2)(A) and for related claims of racial discrimination. In addition to naming CCSD, Plaintiffs have also alleged claims against Dwight Jones, the former CCSD Superintendent, and Ms. Janice Rollins/Monteiro, a speech language therapist for the CCSD who evaluated the student.

A settlement conference is currently scheduled for Friday, September 6, 2013 at 9:30 a.m. Defendants respectfully request that Mr. Jones and Ms. Rollins/Monteiro be excused from attending the upcoming settlement conference. Although Plaintiffs named both Mr. Jones and Ms. Rollin/Monteiro in their lawsuit, Defendants believe that both were improperly named and Plaintiffs' claims against both are redundant of Plaintiffs' claims against the CCSD. A Motion to Dismiss (Doc. #21) which seeks dismissal of the claims against Defendants Mr. Jones and Ms. Rollin/Monteiro is currently pending with the Court. Additionally, CCSD has accepted the full defense of this lawsuit on behalf of both Mr. Jones and Ms. Rollin/Monteiro given that both were sued for events that occurred in their capacities as Superintendent and speech language therapist, respectively. CCSD's general counsel will attend the settlement conference and will have full authority to settle the case on behalf of *all* Defendants.

Moreover, Mr. Jones no longer resides in the State of Nevada and the CCSD is not currently aware of his current schedule and will need to coordinate his availability and travel. In addition, the

settlement conference will occur on a regular school day during which Ms. Rollins/Monteiro is responsible for providing educational support for students and staff within the district. Her attendance at a settlement conference will require the CCSD to coordinate making other arrangements for coverage of her current work assignment. Because settlement discussions between the parties will not be aided by Mr. Jones or Ms. Rollins/Monteiro's presence, Defendants respectfully request their attendance from the settlement conference be excused.

## II. CONCLUSION

For the foregoing reasons, Defendants respectfully request the Court excuse the attendance of former Superintendent Dwight Jones and Ms. Rollins/Monteiro at the upcoming settlement conference.

DATED this 30th day of August, 2013.

        CLARK COUNTY SCHOOL DISTRICT
        OFFICE OF THE GENERAL COUNSEL

By:   /s/ Donna Mendoza Mitchell
     DONNA MENDOZA MITCHELL, ESQ.
     Nevada Bar No. 2755
     JEANNE-MARIE HANNA, ESQ.
     Nevada Bar No. 8613
     PHOEBE V. REDMOND, ESQ.
     Nevada Bar No. 9657
     5100 West Sahara Avenue
     Las Vegas, NV 89146

     MARK E. FERRARIO, ESQ.
     Nevada Bar No. 1625
     KARA HENDRICKS, ESQ.
     Nevada Bar No. 7743
     GREENBERG TRAURIG, LLP
     3773 Howard Hughes Pkwy., #400 North
     Las Vegas, NV 89169

*Attorneys for Defendants*

IT IS SO ORDERED this 4th day of September, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

1
<u>**CERTIFICATE OF ELECTRONIC FILING**</u>

2
    I hereby certify that on the 30th day of August, 2013, I

3
electronically filed the foregoing **MOTION TO EXCUSE THE ATTENDANCE OF**

4
**DEFENDANTS ROLLINS/MONTEIRO AND JONES FROM THE SETTLEMENT CONFERENCE**

5
with the United States District Court, District of Nevada's CM/ECF

6
System thereby completing service upon Plaintiff's counsel, Lawrence

7
W. Freiman, Esq., who is a registered user.

8

9
                              <u>/s/ Eva Martinez</u>
AN EMPLOYEE OF THE CLARK COUNTY
10
SCHOOL DISTRICT

- 4 -