OFFICE OF THE GENERAL COUNSEL
CLARK COUNTY SCHOOL DISTRICT
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
JEANNE-MARIE HANNA, ESQ.
Nevada Bar No. 8613
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Phone: (702) 799-5373

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., #400 North
Las Vegas, NV 89169
Phone: (702) 792-3773

*Attorneys for Clark County School District,
Janice Rollins-Monteiro, and Dwight D. Jones*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| A.W., a minor, by and through Guardian Ad Litem and individual, CHABLIS STEWART WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; JANICE ROLLINS-MONTEIRO, individually and in her official capacity as a Speech Pathologist with the CLARK COUNTY SCHOOL DISTRICT; and DWIGHT D. JONES, in his official capacity as Superintendent of the CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendants. | CASE NO.: 2:13-cv-00314-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

IT IS HEREBY STIPULATED and AGREED by and between the parties hereto, that the above-entitled matter be dismissed, with prejudice.

DATED this 10th day of March, 2015.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

  s/ Donna Mendoza Mitchell
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
JEANNE-MARIE HANNA, ESQ.
Nevada Bar No. 8613
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, NV 89146

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., #400 North
Las Vegas, NV 89169
*Attorneys for Defendants*

DATED this 10th day of March, 2015

ADAMS ESQ

  /s/ Jean M. Adams
LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
JEAN MURRELL ADAMS, ESQ.
Admitted Pro Hac Vice
703 S. 8th Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 11th day of March, 2015.

- 2 -